FILED 24 SEP '20 16:22 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

MEGANNE ELIZABETH ENGLICH-MILLS,

Defendant.

3:20-cr-_00458-HZ_

INDICTMENT

18 U.S.C. § 231(a)(3)

THE GRAND JURY CHARGES:

COUNT 1
(Civil Disorder)
(18 U.S.C. § 231(a)(3))

On or about September 5, 2020, in the District of Oregon, during a civil disorder, defendant **MEGANNE ELIZABETH ENGLICH-MILLS**, knowingly committed a violent act for the intended purpose of obstructing, impeding and interfering with law enforcement officers who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree

**Indictment**                                                                                                          **Page 1**

obstructed, delayed and adversely affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

Dated: September 24, 2020.                         A TRUE BILL.

                                                                    OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

(AUSA Ratcliffe for)

PETER D. SAX
Assistant United States Attorney

Indictment                                                                                      Page 2