### POSTAL FIELD SERVICE

*Committee on Rules:* Granted an open rule with 1 hour of general debate on H.R. 14933, relating to hours of work and overtime for certain employees in the postal field service.

### CONTAINERS

*Committee on Rules:* Granted an open rule with 1 hour of general debate on H.R. 13058, to repeal certain acts pertaining to containers for fruits and vegetables.

### RADIO INTERFERENCE

*Committee on Rules:* Granted an open rule with 1 hour of general debate on H.R. 14910, to give the FCC authority to prescribe regulations for the manufacture, import, sale, shipment, or use of devices which cause harmful interference to radio reception.

### ARMS CONTROL AND DISARMAMENT

*Committee on Rules:* Granted an open rule with 1 hour of general debate on H.R. 14940, to amend the Arms Control and Disarmament Agency Act in order to extend the authorization for appropriations.

### NASA

*Committee on Science and Astronautics:* Met in executive session and considered the NASA authorization bill. No announcements were made.

### AMERICAN LEGION

*Committee on Veterans' Affairs:* Met and considered the American Legion Legislative program. Testimony was heard from William E. Galbraith, National Commander, American Legion.

---

## Wednesday, March 6, 1968

# Senate

## Chamber Action

*Routine Proceedings, pages 5459–5513*

**Bills Introduced:** Six bills were introduced, as follows: S. 3103–3108.                                  Page 5460

**Bill Referred:** H.R. 15398, to strengthen and expand food service programs for children, was referred to Committee on Agriculture and Forestry.         Page 5530

**President's Message—Indians:** Senate received President's message urging legislation to improve health, education, housing, and civil rights of American Indians—referred to Committee on Interior and Insular Affairs.
Pages 5517–5521

**San Gabriel Wilderness:** Senate passed without amendment (motion to reconsider tabled) S. 2531, to designate the San Gabriel Wilderness, Angeles National Forest, in California.                      Pages 5462–5463

**Merchant Marine:** S. 2419, to amend the Merchant Marine Act with regard to cargo container vessels, was cleared for President's signature when Senate concurred with House amendments thereto.           Pages 5463–5464

**Civil Rights:** Senate continued work on H.R. 2516, to prescribe penalties for certain acts of violence or intimidation, taking the following actions, under cloture procedure, on amendments to modified Dirksen amendment No. 554 (in the nature of a substitute for the committee substitute amendment) consisting of title I on interference with federally protected activities, and titles II and III on fair housing:

Adopted: Modified Byrd of W. Va. amendment No. 590, providing that attorney's fees awarded to a plaintiff in civil actions under title II shall be dependent on his financial inability to assume same; modified Allot amendment No. 544, respecting a bona fide offer to buy or rent in determining whether there has been discrimination; Dominick amendment No. 568 requiring that a person alleged to be discriminating in housing shall be furnished copy of complaint of person aggrieved; modified Allott amendment No. 539 respecting homes subject to mortgages held by FDIC or FSLIC institutions (motion to reconsider tabled); technical modifications of Miller amendment No. 586 and of modified Miller amendment No. 594, after reconsideration of their adoption on March 4; Kuchel (for Dirksen) amendment No. 588 of a technical nature respecting amounts involved in private suits; by 84 yeas to 8 nays (motion to reconsider tabled), modified Kuchel (for Dirksen) amendment No. 587 exempting noncommercial lodging of a private club not open to the public; by 72 yeas to 23 nays, proposition 2, as modified, of Chapter on Civil Disorders of modified Long (Louisiana) amendment No. 517, proposed Civil Obedience Act of 1968 (teaching use of weapons and transport and manufacture of certain weapons for civil disorder); proposition 4, as modified of Chapter on Civil Disorders of modified Long (Louisiana) amendment No. 517 (motion to reconsider tabled) (obstruction of fireman or law enforcement officer during civil disorder); by 62 yeas to 21 nays, proposition 6, of Chapter on Civil Disorders of modified Long (Louisiana) amendment No. 517 ($10,000 fine or 5 years in prison, or both, for violations of propositions 2 and 4; and proposition 7, as modified, providing that nothing in propositions 2 or 4 shall make unlawful any act of a law enforcement officer in the lawful performance of official duties, defining certain terms used, providing that preemption of State laws is not intended, and providing for citation of propositions 2 and 4 as the "Civil Obedience Act of 1968"; and

Rejected: By 27 yeas to 64 nays, proposition 3, as modified, of Chapter on Civil Disorders of modified Long (Louisiana) amendment No. 517 (unlawful violence against persons in furtherance of civil disorder); and proposition 5 of Chapter on Civil Disorders of modified Long (Louisiana) amendment No. 517 (looting during civil disorder).

Senate also took the following actions on motions respecting H.R. 2516:

Adopted: By 48 yeas to 47 nays, Hart motion to table proposition 1 of Chapter on Civil Disorders of modified Long (Louisiana) amendment No. 517, proposed Civil Obedience Act of 1968 (travel or use of commerce to incite civil disorder), followed by 49 yeas to 44 nays, on Javits motion to table Hart motion to reconsider adoption of above Hart motion to table Long (Louisiana) proposition 1.

Pending at adjournment was Cooper amendment No. 556, and it was agreed that following its disposition on March 7, Byrd (West Virginia) amendment No. 579 will be taken up.   Pages 5513–5517, 5522–5527, 5529–5550

Adjournment: Adjourned at 6:34 p.m.

## Committee Meetings

### APPROPRIATIONS—INTERIOR

*Committee on Appropriations:* Subcommittee continued its hearings on proposed fiscal 1969 budget estimates for the Department of the Interior, and related agencies, with testimony in behalf of funds for Indian health activities from Dr. Erwin S. Rabeau, Director, Division of Indian Health, Department of HEW.

Hearings continue tomorrow.

### APPROPRIATIONS—CIVIL FUNCTIONS

*Committee on Appropriations:* Subcommittee began hearings on proposed fiscal 1969 budget estimates for Army civil functions, with testimony on the overall budget from Lt. Gen. William F. Cassidy, Chief of the Corps of Army Engineers.

Hearings continue tomorrow on funds for projects in the southwestern division.

### HOUSING

*Committee on Banking and Currency:* Subcommittee on Housing and Urban Affairs continued its series of hearings on several pending housing bills, including S. 3029, proposed Housing and Urban Development Act of 1968, and S. 3028, which deals with the matter of urban insurance, with further testimony from Robert C. Weaver, Secretary of Housing and Urban Development, who was accompanied by his associates.

Hearings continue tomorrow with further testimony from Mr. Weaver.

### ALLIANCE FOR PROGRESS

*Committee on Foreign Relations:* Subcommittee on American Republics Affairs concluded its current series of hearings as a part of its survey of the Alliance for Progress, after receiving testimony from Covey T. Oliver, Assistant Secretary of State for Inter-American Affairs, and U.S. Coordinator of the Alliance for Progress; and Anthony M. Solomon, Assistant Secretary of State for Economic Affairs.

### RECLAMATION

*Committee on Interior and Insular Affairs:* Committee held its annual conference with officials of the National Reclamation Association to discuss items of mutual interest in the fields of reclamation and water resources.

### MARIHUANA AND LSD

*Committee on the Judiciary:* Juvenile Delinquency Subcommittee continued its hearings on problems created by the increasing use of marihuana and LSD, having as its witnesses Dr. Stanley F. Yolles, Director, National Institutes of Health, U.S. Public Health Service; Alfred B. Fitt, Assistant Secretary of Defense for Manpower; and Prof. Dana Farnsworth, Harvard University Public Health Service.

Hearings were adjourned subject to call.

### CONFERENCE ON AGING

*Committee on Labor and Public Welfare:* Special Subcommittee on Aging continued hearings on S.J. Res. 117, calling for a White House Conference on Aging, having as its witnesses Mrs. Geneva Mathiasen, National Council on the Aging, accompanied by Joseph Gaxiola, Santa Cruz, Calif., and Billy Carter, Milan, Mo.; Dr. Margaret Mead, American Museum of Natural History, also representing Oliver Wendell Holmes Association; Dr. Blue Carstenson, representing the National Farmers Union and Green Thumb, Inc.; and Ernest Giddings, representing the National Retired Teachers Association and American Association of Retired Persons.

Hearings were adjourned subject to call.

### SUPERGRADE POSITIONS

*Committee on Post Office and Civil Service:* Committee held hearings on the proposal of the Civil Service Commission to create 345 new supergrade positions, having as its witness CSC Chairman John W. Macy, Jr.

Hearings continue tomorrow with further testimony from Mr. Macy, and Secretary of Transportation Boyd.

### AIR POLLUTION

*Committee on Public Works:* Subcommittee on Air and Water Pollution continued hearings on S. 470, granting consent of Congress to the Indiana-Illinois Air Pollution Control Compact, having as its witnesses John Nicosia, mayor of East Chicago, Ind.; and Lawrence A. Keller,