**Conor Huseby, OSB #06373**
**Assistant Federal Public Defender**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**
**Conor_Huseby@fd.org**
**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 3:20-cr-00458-HZ** |
| **Plaintiff,** | |
| **v.** | **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| **MEGANNE ELIZABETH ENGLICH-MILLS,** | |
| **Defendant.** | |

I, Conor Huseby, declare:

1.      I represent Meganne Englich-Mills who is charged with one count of Civil

Disorder.  The defendant is transgender and goes by the name Mikal Faust.  Thus, he will

be referred to as Mr. Faust in this motion.  Trial is set for June 1, 2021.  Mr. Faust is out of

custody and in full compliance with the terms of his release.

2.      This is the third request to continue a trial date from the parties in this case.

3.      The parties have reached a deferred resolution agreement in this case.  The agreement requires Mr. Faust to set his trial over for a period of 12 months from the time the deferred resolution agreement was entered into by the parties.  If, after the expiration of 12 months, certain conditions have been met, the government will dismiss this case.

4.      The ends of justice served by granting this motion in order to resolve this case outweigh the best interest of the public and defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

5.      I have discussed this requested continuance with counsel for the government, Thomas Ratcliffe, and he has no objection to this requested continuance.

6.      I have spoken with Mr. Faust, explained the reasons for requesting a continuance, and the rights that he has under the Speedy Trial Act.  Mr. Faust agrees with defense counsel's request for a continuance and waives his rights under the Speedy Trial Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on March 11, 2021, in Portland, Oregon.

/s/ Conor Huseby
Conor Huseby
Assistant Federal Public Defender