**Conor Huseby, OSB #06373**
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Conor_Huseby@fd.org

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:20-cr-00458-HZ |
| Plaintiff, | MOTION TO WITHDRAW MOTION TO DISMISS |
| v. | |
| MEGANNE ELIZABETH ENGLICH-MILLS, | |
| Defendant. | |

The defendant, Meganne Englich-Mills, through counsel Conor Huseby, respectfully moves to withdraw the Motion to Dismiss filed on February 22, 2021.  CR 16. The parties have entered into a deferred resolution agreement that requires that the motion be withdrawn during the pendency of the agreement.  If the deferred resolution

Page 1   MOTION TO WITHDRAW MOTION TO DISMISS

agreement does not result in dismissal of this case, the motion will be renewed with the Court's permission.

      Respectfully submitted this 11th day of March, 2021.

                                  */s/ Conor Huseby*
                                  Conor Huseby
                                  Assistant Federal Public Defender